# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arcara, Richard J. | U.S. District Court W.D.N.Y. | 5/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01-01-2009<br>to<br>12-31-2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 68 Court Street, Room 600<br>Buffalo, New York 14202 | Reviewing Officer_____    Date_____ |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☑ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | AAA Western and Central New York Board Member - Stipend |
| 2. 2009 | Executive Dimensions - Salary |
| 3. 2009 | Health Now Board Member - Stipend |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | New York Intellectual Property Law Association | 3/27 - 3/28/2009 | New York, NY | Attendance at Dinner | Reimbursement for lodging, meals, transportation for attendance at Annual Dinner in Honor of Federal Judiciary, N.Y. March 27 and 28, 2008 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. RBC Wealth Management Acct. Cash (X) | | None | J | T | | | | | |
| 2. Tamarack Invt. Fds Prime | A | Dividend | J | T | | | | | |
| 3. Aim Basic Value Fund C | | None | J | T | | | | | |
| 4. AllianceBern Large Cap Growth A | | None | K | T | | | | | |
| 5. Allianz NFJ Dividend Val. Cl. C | A | Dividend | K | T | | | | | |
| 6. Davis NY Venture Fund | A | Dividend | K | T | | | | | |
| 7. DWS Dreman High Rtn Cl.C | A | Dividend | J | T | | | | | |
| 8. Fidelity Adv. New Insights Cl A | A | Dividend | K | T | | | | | |
| 9. Fidelity Adv. New Insight C | | None | K | T | | | | | |
| 10. GS Core U.S. Equity-C | A | Dividend | J | T | | | | | |
| 11. Jennison-Growth Cl.A (Prudential Inv) | A | Dividend | K | T | | | | | |
| 12. Kinetics Paradigm Fund Cl C | | None | J | T | | | | | |
| 13. Royce Fund - PA | | None | K | T | | | | | |
| 14. Royce Fund - Total Return Con | A | Dividend | J | T | | | | | |
| 15. Europacific Growth Cl A | A | Dividend | K | T | | | | | |
| 16. Putnam Intl Equity C | A | Dividend | J | T | | | | | |
| 17. Templeton Foreign A | A | Dividend | K | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
2 Value Codes: (See Columns C1 and D3) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3 Value Method Codes: (See Column C2) Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date month/day/yr | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Templeton Growth Cl. A | A | Dividend | K | T | | | | | |
| 19. | Templeton Growth Cl. C | A | Dividend | J | T | | | | | |
| 20. | Thornburg Intl Value Cl. A | A | Dividend | K | T | | | | | |
| 21. | Eaton Vance High Income | B | Dividend | K | T | | | | | |
| 22. | Goldman Sachs HY Cl. A | C | Dividend | K | T | | | | | |
| 23. | Nuveen Multi-Strategy I & G | A | Dividend | J | T | | | | | |
| 24. | Pimco High Income Fd | B | Dividend | J | T | | | | | |
| 25. | Ivy Asset Strat A | A | Dividend | K | T | | | | | |
| 26. | Tamarack Inst Fds Prime | A | Dividend | J | T | | | | | |
| 27. | AIM Charter - A | A | Dividend | J | T | | | | | |
| 28. | AllianceBern Large Cap Growth A | | None | J | T | | | | | |
| 29. | DWS Dreman High Rtn End.A | A | Dividend | J | T | | | | | |
| 30. | Fidelity Adv New Insight A | A | Dividend | J | T | | | | | |
| 31. | Royce Fund - Total Return Con | A | Dividend | J | T | | | | | |
| 32. | Royce Fund - PA | | None | J | T | | | | | |
| 33. | New Perspective Cl. A | A | Dividend | J | T | | | | | |
| 34. | Templeton Growth A | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | Tamarack Invt. Fds. Prime | A | Dividend | N | T | | | | | |
| 36. | Abbott Laboratories | A | Dividend | J | T | | | | | |
| 37. | Cisco Systems | | None | J | T | | | | | |
| 38. | Citigroup, Inc | A | Dividend | J | T | | | | | |
| 39. | Computer Task Group Inc. | | None | K | T | | | | | |
| 40. | DuPont E I Nemours & Co | A | Dividend | J | T | | | | | |
| 41. | DWS Value Ser Inc. Dreman | A | Dividend | | | Sold | 1/21/09 | K | A | |
| 42. | Eastman Kodak | | None | J | T | | | | | |
| 43. | Ebay Inc | | None | K | T | | | | | |
| 44. | Fidelity Adv New Insight C | | None | K | T | Buy | 1/21/09 | K | | |
| 45. | Fidelity Adv Growth & Inc Fund C | | None | | | Sold | 1/21/09 | K | A | |
| 46. | Home Depot Inc. | A | Dividend | J | T | | | | | |
| 47. | HSBC Holdings PLC | B | Dividend | J | T | | | | | |
| 48. | JP Morgan US Large Ca, Core Plus C | A | Dividend | J | T | | | | | |
| 49. | KeyCorp New | A | Dividend | J | T | | | | | |
| 50. | Kinetics Mut Fnds Inc. | A | Dividend | J | T | | | | | |
| 51. | Liberty Global Inc. A | | None | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children, see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Liberty Global Inc. C | | None | J | T | | | | | |
| 53. Liberty Media Interactive A | | None | J | T | | | | | |
| 54. Liberty Media Hold - Cap Ser A | | None | J | T | | | | | |
| 55. M & T Bank Corp | B | Dividend | K | T | | | | | |
| 56. Paychex Inc | A | Dividend | J | T | | | | | |
| 57. Procter & Gamble | A | Dividend | J | T | | | | | |
| 58. Prudential Finl Inc | B | Interest | K | T | | | | | |
| 59. Royce Fund - PA | | None | K | T | | | | | |
| 60. Tenet Healthcare Corp. | | None | J | T | | | | | |
| 61. Time Warner Inc. | A | Dividend | J | T | | | | | |
| 62. Valero Energy Corp. | A | Dividend | | | Sold | 12/24/09 | J | A | |
| 63. AlpineTotal Dynamic Div Fund | B | Dividend | K | T | | | | | |
| 64. Blackrock Intl Growth & Income Fund | B | Dividend | K | T | | | | | |
| 65. Cameco Corp | A | Dividend | J | T | | | | | |
| 66. Eaton Vance Tax-Managed Global | C | Dividend | K | T | | | | | |
| 67. Templeton Growth C Franklin | A | Dividend | K | T | Buy | 1/23/09 | K | | |
| 68. Blackrock Enhanced Govt | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4); F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3); N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2); U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 69 | General Mtrs Accept Corp | A | Interest | | | Sold | 7/18/09 | J | A | |
| 70 | GMAC Smartnotes | A | Interest | | | Sold | 12/15/09 | J | A | |
| 71 | GMNA REMIC 2093-110-PC | A | Interest | J | T | | | | | |
| 72 | Goldman Sachs Group, Inc. | B | Interest | K | T | | | | | |
| 73 | FHLMC REMIC2864-A4 Lottery Bond | A | Interest | J | T | | | | | |
| 74 | FNMA REMIC 03-54-KB | A | Interest | | | Sold | 10/26/09 | J | A | |
| 75 | Residential Asset Sec 20 | A | Interest | J | T | | | | | |
| 76 | FHLMC REMIC 3024-CD | A | Interest | J | T | | | | | |
| 77 | FHLMC REMIC 3067-CD | A | Interest | | | Sold | 10/15/09 | J | A | |
| 78 | Chase Mortgage FIN Tr 20 | B | Interest | K | T | | | | | |
| 79 | CSMC Mtg-Bkd Pass Thru | B | Interest | K | T | | | | | |
| 80 | Bank of America FDG Corp | A | Interest | J | T | | | | | |
| 81 | Countrywide Capital V | B | Interest | J | T | | | | | |
| 82 | Keycorp Capital IX | B | Interest | K | T | | | | | |
| 83 | CBTCS for JC Penney Co | B | Dividend | J | T | | | | | |
| 84 | Ivy Asset Strategy C | | None | K | T | | | | | |
| 85 | Wells Fargo Mortgage Backed | B | Interest | J | T | | | | | |

1 Income Gain Codes     A =$1,000 or less       B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      F =$15,001 - $50,000
  (See Columns B1 and D4)   E =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes          J =$15,000 or less     K =$15,001 - $50,000    L =$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                       P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal           R =Cost (Real Estate Only)   S =Assessment          T =Cash Market
  (See Column C2)       U =Book Value          V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)

[  ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86 | Alternative Loan Trust (X) | | None | | | Sold | 12/28/09 | J | A | |
| 87 | Direct TV Class A | A | Interest | J | T | Buy | 1/21/09 | J | | |
| 88 | DWS Strategic Fund | | None | K | T | Buy | 1/21/09 | K | | |
| 89 | J.Morgan MTG Trust | A | Interest | K | T | Buy | 4/16/09 | K | | |
| 90 | United States National Gas Fund | | None | J | T | Buy | 5/22/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes: (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations. ·

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544